# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| In the matter of the application of the United States for a Search Warrant Authorizing the Search of elainaperstein@yahoo.com<br><br>and<br><br>In the matter of the application of the United States for a Search Warrant Authorizing the Search of coachelaina@yahoo.com | 2:13-mj-00645-VCF<br><br>and<br><br>2:13-mj-00646-VCF<br><br>**SEALED ORDER** |

Before the Court are the Applications to Proceed in District Court without Prepaying Fees or Costs and Petitions to Quash Third Party Summons (#'s 1 & 2) in case numbers 2:13-mj-00645-VCF and 2:13-mj-00646-VCF. Elaina Saperstein seeks to proceed in forma pauperis and to quash warrants issued to search two email accounts in the custody of Internet Service Provider, Yahoo!, Inc., elainasaperstein@yahoo.com and coachelaina@yahoo.com. On October 9, 2013, the government filed responses to the motions to quash in both cases. (#4). The government states that the warrants were issued in an effort to obtain evidence for a Joint Terrorism Task Force investigation of alleged ongoing conduct by a sovereign citizen group in violation of federal criminal statutes. *Id.*

**Discussion/law:**

Fed. R. Crim. P. 41(b)(3) authorizes this Court to issue search warrants. It states:

(b) At the request of a federal law enforcement officer…:

(3) a magistrate judge- in an investigation of domestic terrorism…- with authority in any district in which activities related to the terrorism may have occurred has authority to issue a

1  warrant for a person or property within or outside that district. Pursuant to the Federal Rules of
2  Criminal Procedures 41(b)(3), the government may request a magistrate judge to issue search warrants;
3  thus, Elaina Saperstein's Motions to Quash (#2) are denied in both cases.
4      The Applications for Leave to Proceed in forma pauperis, in both cases, are unnecessary as a
5  filing fee was not charged. The Applications for Leave to Proceed in forma pauperis are denied as
6  unnecessary.
7      Accordingly,
8      IT IS HEREBY ORDERED that the Applications to Proceed in District Court without Prepaying
9  Fees or Costs (#1) are DENIED as unnecessary in case numbers 2:13-mj-00645 and 2:13-mj-00646.
10     IT IS FURTHER ORDERED that Elaina Saperstein's Motions to Quash (#2) are DENIED in
11 case numbers 2:13-mj-00645 and 2:13-mj-00646.
12     DATED this 23rd day of October, 2013.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE